**FURLOUGH v. STATE. (No. 5423.)**

(Court of Criminal Appeals of Texas. June 11, 1919.)

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Walter Furlough was convicted of theft, and appeals. Affirmed.

E. A. Berry, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft; his punishment being assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. The grounds of the motion for new trial, in the absence of the evidence, cannot be considered.

The judgment is therefore affirmed